Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 14−29063−KCF
                        Chapter: 13
                        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Carol DeJesus                                             Walter DeJesus
  aka Carol A DeJesus                           29 Wilson Drive
  29 Wilson Drive                                    Howell, NJ 07731
  Howell, NJ 07731

Social Security No.:
  xxx−xx−0871                                        xxx−xx−8796

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: September 9, 2016                     Kathryn C. Ferguson
                                              Judge, United States Bankruptcy Court